**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Socials Services,
Respondent,

v.

Andrea Benjamin and Ricky Pittman, Defendants,

Of whom Andrea Benjamin is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001858

───────────────

Appeal From Cherokee County
James F. Fraley, Jr., Family Court Judge

───────────────

Unpublished Opinion No. 2019-UP-381
Submitted November 27, 2019 – Filed December 6, 2019

───────────────

**AFFIRMED**

───────────────

Donae Alecia Minor, of Minor Law Offices LLC, of Fort Mill, for Appellant.

Andrew Troy Potter, of the South Carolina Department of Social Services, of Anderson, for Respondent.

Harry A. Hancock, of Columbia, for the Guardian ad Litem.

————————

**PER CURIAM:**  Andrea Benjamin appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Benjamin's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.